# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

August 12, 2011

**Before**

ILANA DIAMOND ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

JOAN HUMPHREY LEFKOW, *District Judge*[*]

Nos. 10-3898 & 11-1006

| | |
|---|---|
| SUSIE WEITZENKAMP, | Appeals from the United States |
| *Plaintiff-Appellant,* | District Court for the Eastern |
| *Cross-Appellee.* | District of Wisconsin. |
| | |
| *v.* | |
| | No. 1:09-cv-01017-WCG |
| UNUM LIFE INSURANCE | |
| COMPANY OF AMERICA, | William C. Griesbach, *Judge* |
| *Defendant-Appellee,* | |
| *Cross-Appellant.* | |

**O R D E R**

The Petition For Rehearing is GRANTED and the court's opinion of July 11, 2011, is WITHDRAWN.  The panel will issue a new opinion in due course.

---

[*] The Honorable Joan Humphrey Lefkow of the Northern District of Illinois, sitting by designation.